IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DWAYNE A. DEBOSE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D14-2748

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed November 13, 2014.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Dwayne A. Debose, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

BENTON, CLARK, and ROWE, JJ., CONCUR.